B066

FILED
MAR 02 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-87 |
| v. | (18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)) |
| RODERICK T. LONG | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about March 9, 2020, in the Western District of Pennsylvania, the defendant, RODERICK T. LONG, did knowingly possess visual depictions, namely still images and videos in computer graphics files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and some of which depicted prepubescent minors and minors who had not attained 12 years of age engaging in such conduct, all of which had been shipped and transported in interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A True Bill,

_____
FOREPERSON

_____
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108