IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
MAR 02 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-87 |
| RODERICK T. LONG | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant RODERICK T. LONG, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2). Recommended bond: Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: *s/Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430